IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LORIE L. FOX, as Personal Representative
of the Estate of RAYMOND SCOTT FOX,

    Plaintiff,

v.                                          Case No. 3:06cv537/LAC/MD

UNITED STATES OF AMERICA,

    Defendant.
_____/

**ORDER OF DISMISSAL**

Before the Court is the Plaintiff's notice of voluntary dismissal without prejudice (doc. 5). Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby

**ORDERED**:

1. This action is DISMISSED without prejudice. The Clerk of Court is directed to close this file.

**ORDERED** on this 11th day of April, 2007.

                                                        *s/L.A. Collier*
                                                   Lacey A. Collier
                                            United States District Judge